IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hinton, Cornelius C

Printed: 03/03/09

Case Number: 08 B 30908
Judge: Goldgar, A. Benjamin
Filed: 11/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 20, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 459.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 428.71 |
| Trustee Fee: |  | 30.29 |
| Other Funds: |  | 0.00 |
| Totals: | 459.00 | 459.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,700.00 | 428.71 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | GMAC Auto Financing | Secured | 6,500.00 | 0.00 |
| 6. | Home Loan Services | Secured | 13,000.00 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 1,483.54 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 77.57 | 0.00 |
| 9. | GE Money Bank | Unsecured | 601.45 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 121.04 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 165.62 | 0.00 |
| 12. | American General Finance | Secured | | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 14. | CitiFinancial | Unsecured | | No Claim Filed |
| 15. | Goodyear | Unsecured | | No Claim Filed |
| | | | $ 24,649.22 | $ 428.71 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 30.29 |
| | $ 30.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hinton, Cornelius C | Case Number:  08 B 30908 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/03/09 | Filed:  11/13/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: